Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
gregory.korman@kattenlaw.com
Tiffany J. Hofeldt (CA 228864)
tiffany.hofeldt@kattenlaw.com
Christopher E. Carter (CA 274115)
christopher.carter@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant HSBC Bank USA, N.A.

IT IS SO ORDERED
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LINDSAY KELLEY, | Case No. 5:12-cv-03957-PSG |
| Plaintiff, | Assigned to Magistrate Judge Paul S. Grewal |
| vs. | **DEFENDANT HSBC BANK USA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY** |
| HSBC BANK USA, NATIONAL ASSOCIATION, an FDIC insured corporation and DOES 1 through 100, inclusive, | **(Civil L.R. 16-10(a))** |
| Defendants. | Case Management Conference:<br>Date:       September 11, 2012<br>Time:       2:00 p.m.<br>Location:  Courtroom 5, 4th Floor |

Pursuant to Northern District Civil Local Rule 16-10(a), Defendant HSBC Bank USA, N.A. hereby requests to appear telephonically at the Case Management Conference scheduled before this Court on September 11, 2012 at 2:00 p.m. on the following grounds:

1. HSBC's counsel's office is located in Los Angeles, California.
2. It is anticipated that the Case Management Conference will involve fairly straightforward issues in this case, and HSBC's counsel will be fully prepared to address these issues via telephonic participation.
3. Telephonic appearance by counsel will not prejudice any party or interfere with the proceedings.
4. Plaintiff Lindsay Kelley has stipulated to HSBC's attendance at the Case Management Conference by telephone.
5. The Court may reach HSBC's counsel at 310-788-4469 at the time of the Case Management Conference.

HSBC respectfully requests that its request be granted and that its counsel be allowed to participate in the September 11, 2012 case management conference by telephone.

Dated:  September 5, 2012            KATTEN MUCHIN ROSENMAN LLP


                                     By:  ____/s/   Christopher E. Carter____
                                              Christopher E. Carter
                                     Attorneys for Defendant HSBC BANK USA, N.A.