1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDSAY KELLEY,<br><br>   Plaintiff,<br> v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation, and DOES 1 through 100 inclusive,<br><br>   Defendants. | Case No.: 5:12-cv-03957-PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

  The court has been advised that the parties have reached a settlement of all claims. Plaintiff Lindsay Kelley ("Kelley") shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than October 11, 2012. If a dismissal of the action is not filed by that date, Keenan shall appear on October 16, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed. As the parties have requested, all pending dates are vacated.

  Failure to comply with this Order may result in dismissal of the action pursuant to

Order, *page 1*

Federal Rule of Civil Procedure 41(b).

      IT IS SO ORDERED.

Dated:   September 11, 2012

                                                PAUL S. GREWAL
                                                United States Magistrate Judge