1   SCOTT J. SAGARIA (BAR # 217981)
    SJSagaria@sagarialaw.com
2   ELLIOT W. GALE (BAR # 263326)
    Egale@sagarialaw.com
3   SAGARIA LAW, P.C.
    333 West San Carlos Street, Suite 1750
4   San Jose, CA 95110
    408-279-2288 ph
5   408-279-2299 fax

6   Attorneys for Plaintiff

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   LINDSAY KELLEY,                      Case No.: 5:12-cv-03957-PSG

12              Plaintiff,                REQUEST FOR DISMISSAL

13
     v.
14

15   HSBC BANK USA, NATIONAL
     ASSOCIATION an FDIC insured corporation
16   and DOES 1 through 100 inclusive,

17

18              Defendants.

19

20

21   **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

22        Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure

23   41(a)(1)(A)(i), Plaintiff respectfully request that the above captioned matter be dismissed with

24   prejudice.

25

26   Dated:   September 26, 2012              /s/ Elliot Gale
                                              Elliot Gale, Esq.
27                                            Attorney for Plaintiff

28